UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMANTE J HUTCHINSON,<br>Plaintiff,<br>v.<br>CONTRA COSTA COUNTY, et al.,<br>Defendants. | Case No. 23-cv-05126-EMC<br><br>**<< ORDER TO SHOW CAUSE >>**<br><br>Docket No. 25 |

## I. DISCUSSION

Defendant Contra Costa County filed a motion to dismiss against pro se Plaintiff Sumante Hutchinson on January 22, 2024. Docket No. 20. The motion was heard on February 29, 2024. On February 29, 2024, the Court granted the motion to dismiss but with leave to amend, and gave the Plaintiff 30 days to file an amended Complaint. Docket No. 25.

Plaintiff was given until March 30, 2024 to amend the complaint. As of April 9, 2024, Plaintiff still has not filed an amended Complaint.

The Court ORDERS Plaintiff to show cause why his failure timely to amend the Complaint should not result in dismissal with prejudice. This order to show cause does not indicate that the Court will necessarily accept Plaintiff's late submissions. If Plaintiff does not respond by May 10, 2024, the case will be dismissed for failure to prosecute.

Plaintiff is encouraged to visit the following www.cand.uscourts.gov webpage on how to respond to an order to show cause: https://www.cand.uscourts.gov/wp-content/uploads/pro-se/legal-help-center-templates-and-packets/Response-to-OSC-packet-2017.pdf.

**IT IS SO ORDERED**.

Dated: April 9, 2024

_____
EDWARD M. CHEN
United States District Judge